AO 442 (Rev. 01/09) Arrest Warrant                                                            SEALED

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RUDOLPH WALKER | ) | Case No.  3:16CR70 DPJ-LRA 08 |
| (Wherever Found) | ) | |
| Defendant | ) | |




## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rudolph Walker,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting).

ARTHUR JOHNSTON, CLERK

Date: 09/08/2016

*Issuing officer's signature*

City and state: Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/08/16, and the person was arrested on *(date)* 09/19/16
at *(city and state)* JACKSON, MS.

Date: 09/19/16

*Arresting officer's signature*

TIMOTHY ANDERSON  DUSM
*Printed name and title*