To whom it concerns,

I am Mrs. Jessica Adams. Thank you in advance for your time, and your consideration. I want to express my respect and acknowledgement for those that obtain the duties of our judicial system. This letter is on behalf of one Mr. Rudolph T. Walker.

I have known Mr. Walker for about 7 years. While this may seem to be a short period of time, the makings of this man makes it seem like a lifetime. Mr. Walker, which I find ackwardly formal to say, is a great man. He is a man that exemplifies loyalty and love. Mr. Walker is a sure, loving and doting husband, and father of 3. He is a grandfather that cares in an instant. Mr. Walker is the babybrother of 7 siblings. However, he is the "go-to" person... for advice, support, help, and encouragement.

Mr. Rudolph has always been, and remains a hard, consistent worker. His character show consistence in all that

he does. The ara that he carries is one that draws respect whenever he enters a room, yet humbly reflects the same. Mr. Rudolph is a simple no-nonsense straight shooter that will graciously, and without reservation, spring into immediate action to help others. While he possesses a quiet, almost shy nature, Rudolph (Mr. Rudolph) is fun and full of life... and a stale joke or two. He is the frontman that does not mind taking a backseat.

For many years, Mr. Walker has been a mentor through various programs, such as the Tae-Kwon-Do Karate program at Jackson State University. He has and remains a fruitful and active member of his church. Mr. Walker naturally is a pillar of his community. He loves children, and shows support and concern to them, aiming to help guide and shape them. Community service is something that comes second nature for Mr. Rudolph. He has successfully coordinated events in his neighborhood, as well as throughout

the city. For example, for many, many years he has taken the roll of "secret santa" distributing toys and bicycles for children, as well as gifts for others.

I would be remissed not to mention how Mr. Walker has been physically challenged by his legs. The past couple of years (give or take), he has exhibited that he is undoubtedly a man of true faith and courage. Mr. Rudolph is not without faults and flaws, for he is not perfect. However, Mr. Rudolph definitely takes ownership and responsibility. And he alway puts forth an effort to right any wrongs. I love him, and pray that his good services and efforts outweigh any other lacking.

Thank you, again, for your time and consideration!

Sincerely,
Mrs. Jessica Adams
Mrs. Jessica Adams
(niece by marriage)



# Crossroads Missionary Baptist Church

*"Teaching, Preaching and Preparing People for the Kingdom of God"*
**Dr. Stanley L. Smith, Pastor**
P.O. Box 990 * Jackson, MS 39205 * (601) 502-6754

---

February 23, 2018

Judge Daniel Paul Jordan

Dear Judge Jordan:

I am writing this letter in support of Rudolph Walker as his former supervisor, his pastor and his friend. Rudolph was always an individual that I could count on to be at work on time. He did a great job with whatever task he was assigned. I cannot express how it made feel to have a committed employee such as Rudolph.

Rudolph is one of the founding members of Crossroads Missionary Baptist Church. He has been there from the beginning to assist to doing whatever needed to be done to get the Church ready for services. Rudolph is truly a man who believes in God and does whatever he can do help others. He took it upon himself to "adopt" a family of young boys (3) in the neighborhood who started coming to church. He purchased clothes for each of them to make sure that they were properly dressed for Sunday. He even made sure they had new suits for Christmas and Easter. He has really been a blessing to the Crossroads family.

As a friend, Rudolph has always been there for me whenever I needed someone to talk to and lean on. I don't know what I would without his friendship. It is my sincere hope that this letter will give a little insight on the character of Rudolph Walker. He is truly a blessing to his family, his Church, his neighborhood and to me.

Sincerely,

*Stanley L Smith*

Stanley L. Smith
Pastor/Founder
Crossroad Missionary Baptist Church



# New Bethel M. B. Church
450 Culbertson Avenue
Jackson, MS 39209

Rev. Dr. F. R. Lenoir, Pastor

Ph: 601-969-3481   FAX: 601-969-1957   email: Serenitynbc@aol.com

**Deacons**
Kenneth Alexander
Charles Jones
Vincent Marshall
Otha Fletcher, Jr.

**Trustees**
Bernice Pickens
Percy Roby
Steve Taylor
Roosevelt Harris

**Financial Secretary & Church Clerk**
Bernice Pickens

**Financial Advisor**
Queen E. McKnight

**Administrative Church Secretary**
Etta Clark

**Christian Education Dir.**
Dr. Bobbie Green Jenkins
**Assistant Director**
Sis. Earlene Wilson Norris
*Sunday School Supt.:*
Kenneth Alexander

*Come experience the New Bethel Transition and be blessed!*

*Church Motto: "A Church Preparing For A Home Not Built By Man"*
*2 Corinthians 5:1*

February 27, 2018

Dear Honorable Judge, Daniel P. Jordan:

I have been asked to write this letter on behalf of Mr. Rudolph Tyrone Walker. I have known Mr. Walker for over (thirty five 35) years, and willingly submit this letter of character reference in hopes of your consideration when you make your decision.

Mr. Walker is a person of good moral character, although he now finds himself in this situation and these circumstances. I know him to be an outstanding individual with a kind heart of giving and helping others in need when he can. Mr. Walker is a faithful church member and upstanding member in our community.

In my experience with Mr. Walker; I am certain that he understands and realize his wrong. I feel confident that in your decision, if given another opportunity; Mr. Walker will not be caught in this environment again. I pray that you will have mercy upon him.

*In God we trust,*

*F. R. Lenoir*
*Reverend Dr. F. R. Lenoir, Pastor*

To Whom It May Concern:

I am Comelita Catching Scott and I have known Rudolph Tyrone Walker for over 50 years. Mr. Walker is a man that will help you every way he can. During the illness and death of my husband Mr. Walker was a great support even though he was ill. He has always been a hard worker and provider for his family. My daughters and I was always safe because he was always here. If Mr. Walker could not get to you he would have someone there to take care of the situation.

I could go on and talk about the greatness of this amazing man. Mr. Walker is a true Man of God.

Sincerely
Comelita Scott

To the Honorable Daniel P. Jordan, III,
U S Federal Judge, Southern District

RE: Rudolph Tyrone Walker

Your Honor:

I am writing to urge leniency in the sentencing of my husband Rudolph Tyrone Walker.

I have known Rudolph for over 15 yrs., since we worked together at the City of Jackson Parks and Recreation Department. He recently had to retired as a supervisor from the city due to very serious health issues after serving over 34 yrs. as a dedicated employee. During those years I became very impressed with how he treated all of his employees so fairly, and also the way he showed concern for them. He taught me to always show compassion for others that are less fortunate then you; and for that I am truly grateful. Rudolph received several awards from the City for his work and that includes the Best of Jackson Award from the Mayor.

Rudolph has always been there for both his family and my family, willing to lend a hand with any and everything. He is an exceptional husband and I thank God every day for sending him to me.

Also, Your Honor, my husband's health has been deteriorating for the last two years which I'm sure you are aware of. I have had to watch him go from a strong and independent man into a man who now constantly prays for God's forgiveness and healing. My husband is sorry for what he has done and I have forgiven him.

As you know, this is not only Rudolph's first conviction, but his first offense. Given his otherwise clean record, as well as his close ties to the community, I strongly believe that a lesser sentence is most appropriate in this situation.

Your Honor, I am sincerely asking you to show mercy on my husband.

Sincerely,

Karen Jackson-Walker

March 8, 2018

To: Honorable Daniel P. Jordan, III,
U S Federal Judge, Southern District

Your Honor, I have known Rudolph Walker for over 30 yrs. We worked together at the City of Jackson Park and Recreation Department. He was a very good worker with lots of new ideas for the city parks. He always wanted to make sure that every job was done in a professional and timely manner. Rudolph always strived to better himself and that included wanting to become a supervisor and he did just that. Rudolph is a good-hearted person who is always ready to help anyone in need.

Rudolph is really a great person and has been my best friend for over 30 years. In those years we have enjoyed each other's company while going fishing and just hanging out together. I am asking you Your Honor, to please be lenient in your sentencing regarding him.

Sincerely,

Henry Vaughan

*Henry Vaughan* (signature)

March 5, 2018

To the Honorable Daniel P. Jordan, III,
U S Federal Judge, Southern District

RE: Rudolph Tyrone Walker

When my parents passed, my brother Rudolph was the one to sustain us. Family means a lot to us. I had no place of my own and could not afford a place to reside on my own. But because of Rudolph's love for his family, it was agreed that I reside at my parent's house to keep it maintained. If it was not for him getting together with other family members to assure that the taxes and any other debts were handled, I would not have had a place to lay my head.

I am very appreciative of my brother for all that he tries to do to keep this family unit close. Although, he, himself, has had multiple health challenges, and has fought through depression and suicidal thoughts, he has been instrumental in making sure we remain strong.

I ask you, Your Honor, to allow us as a family, to remain as a family; strong, supportive, dependable and loving. WE NEED EACH OTHER. The Word of God says in Mark 10:9, "Therefore what God has joined together, let no man put asunder." I know this scripture reference is preferably used as it relates to marriage, however, I can see where it can be used also as it pertains to family. Especially, in times like these where there is so much promotion and separation of the families being at an all- time high.

Your Honor, it is my request for your consideration of leniency for my brother Rudolph in respect to his health and daily challenges for improvement.

Thank you, Your Honor, for listening and considering this plea on behalf of my brother Rudolph Tyrone Walker.

Respectfully,

*Cassandra Walker*

Cassandra Walker

March 5, 2018

To the Honorable Daniel P. Jordan, III,
U S Federal Judge, Southern District

RE: Rudolph Tyrone Walker

Respectfully, Your Honor, how does one feel to lose a brother; one from birth then to die tragically from a car accident at age 23? My only brother. And a twin brother at that. We had those "talks" of raising our own sons and what sports we wanted them to play and whose son was to outdo the other.

My Uncle "Shorty" as we all call him, is far from being short in stature but tall in making sure that no matter what happens, to "keep your head up"; stay strong; do for others as you want it done unto you. My Uncle Shorty was the one I could pour out my heart to, during the loss of my twin brother. His words kept me going, going strong, to enable me to finish my last year of college. Without him and the support of my parents, I would not have been a candidate for graduation in 2015 at University of Southern Mississippi.

If it had not been for this man that I speak of today, Rudolph Tyrone Walker, I do not know where I would be this day. His long lectures of life enabled me to "see the light" at the end of the tunnel. His long lectures gave me "hope for my future". His long lectures made me strong and to become the man I am today. God put him in my life at a time when I needed him the most. He impacted my life for change. I could talk with him when I could not talk to my own mom and dad. He made the "light" shine brighter in my life. His long lectures kept "hope alive" in me. His long lectures kept me positive in my thinking to not give in or give up. My Uncle Shorty did all this for me. I did not get to know my grandfather as I wish but my mom tells me all the time of how much my Uncle Shorty reminds her of him. So what I see of my uncle, is the same experience I would have received from my grandfather.

Your honor, I am quite sure you see all kinds of events that take place in other people's lives that puts them in a position less desirable than they would like to be in. However, it is my heartfelt desire that you would grant leniency on behalf of my uncle, Rudolph Tyrone Walker, as he has been very instrumental in doing so much good towards us, for us and with us, to keep us relying on God, and on each other.

Respectfully

Andrew Dinkins III

To: The Honorable Judge Daniel P Jordan

I am pleased to write this letter of recommendation for Rudolph T. Walker. I have known Rudolph as a friend for over 21 years, and have found him to be a reliable and conscientious person. We have travelled together on vacation, and are close friends of the same peoples in our community. In all of these situations, Rudolph has shown himself to be considerate and honest.

I have also found Rudolph to be an intelligent individual, who is willing to take the lead in situations when required. His good judgment has been important on several occasions as we have travelled and remain friends. He has provided loyal support at difficult times in my life.

I would recommend Rudolph as a trustworthy person who can be relied upon when life gets difficult, and he will prove to be a valued friend to those fortunate to spend time with him.

Please feel free to contact me regarding this recommendation if required.


Sincerely,

*Rebecca Reese*

Rebecca Reese

(601)826-0822

September 1, 2017

To the Honorable Daniel P. Jordan, III,
U S Federal Judge, Southern District

RE: Rudolph Tyrone Walker

Your Honor, I respectfully plead mercy on behalf of my brother, Tyrone Walker. Our (his family's) hearts are truly broken. We truly regret to learn that Tyrone finds himself on the wrong side of the law. This is especially true in light of the fact both our late mother and father raised us to be law abiding citizens and to hold dear to the foundations of the conservative values of love of God, love of neighbor and love of country. This breach in that moral compass is so hurtful to me because I know now my brother had a temporary lapse in judgment for which he is now deeply sorry. He is ashamed of his actions and wants with all of his heart to restore not only the good values he learned as a child and as a man he also wants to restore our family's good name. As I and my husband (we are both ministers) have prayed about Tyrone's situation, our hearts reach out to you to ask for sentencing leniency on his behalf so that he would have an opportunity for redemption; he would not have to spend time incarcerated in declining health; and he can help us to continue to heal in the truthful position he holds in our family.

Your Honor, while we do not lean upon this part of our respectful request for your consideration of leniency for Tyrone as an excuse for his actions, we do want you to consider the health complications he faces on a daily bases. My brother is in a wheel chair and he suffers from complications of Diabetes, including a severe case of nerve neuropathy. Tyrone has to take numerous medications for his health concerns: we sincerely pray that he is allowed to remain at home (to receive the care he needs) and we pray that you will show mercy so that he will not have to serve time incarcerated, struggling in his debilitating state of health.

Finally, Your Honor, I must speak the truth about the position my brother holds in our family. We need his presence in our lives to help us to continue to heal. Tyrone is the glue that holds our family together. He has held us together through numerous family tragedies: our mother's suicide (2005); the lost of our father, after a long illness with Alzheimer (2009); the death of our brother, who died from Leukemia, in 2013; and the death of one of my twin sons: Adrian Dinkins, who died in a tragic car accident in 2014. Tyrone has been there for his family in every crisis. Indeed, we come now, Your Honor, in his moment of crisis, pleading for mercy on his behalf. We are not coming in an arrogant posture, where we ignore the wrong that Tyrone has admitted to doing and for which he truly regrets, but we come as humble servants of God. In Psalms 130:7, we find the words: "Let Israel hope in the LORD: for with the LORD [there is] mercy, and with him [is] plenteous redemption." We know that in so many ways, for nation, for our district, and for us today you serve not only as a federal judge but may we dare also to say, as a representative of God's good hope for His people. Our hope today is in the Lord because with Him there is mercy and plenteous redemption. Judge Jordan, we pray mightily for God's redeeming grace and for Your Honor's wisdom and mercy: please allow Tyrone to have a chance to atone for his wrongs by doing good works in his community and by charting a new course in his life. We (my husband and I) will do everything we can to help him find God's redemption in his life and the real civic redemption the law requires. Judge Jordan, thank you so very much for allowing me the opportunity to share this letter with you as you deliberate on my brother's case.

Respectfully,

Minister Walterine Dinkins